UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA FELLOWS, EDMUND LYNN III, DONNA PATTON, WESLEY HALL, and NINA BUSTAMANTE-VICARIO, individually and as representatives of a class of participants and beneficiaries on behalf of the ALLIED UNIVERSAL HEALTH AND WELFARE BENEFIT PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL SERVICES OF AMERICA, LP d/b/a ALLIED UNIVERSAL, ALLIED UNIVERSAL EMPLOYEE BENEFITS COMMITTEE, MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC, LOCKTON COMPANIES, LLC, and JOHN DOES 1–20, <br><br> Defendants. | No. 1:25-cv-10659-GHW-BCM <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT LOCKTON COMPANIES, LLC'S
MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant Lockton Companies, LLC ("Lockton") will move this Court before the Honorable Barbara Moses, Magistrate Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at the date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Complaint in the above-captioned action.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Lockton's Motion to Dismiss the Complaint. Lockton also joins and relies upon the arguments set forth in the memoranda supporting the motions to dismiss filed concurrently by

Defendants Mercer Health and Benefits Administration, LLC, Allied Universal Employee Benefits Committee and Universal Services of America, LP d/b/a Allied Universal to the extent those arguments are not inconsistent with the arguments set forth in Lockton's Motion and also apply to the allegations against Lockton.

Dated: February 25, 2026

Respectfully submitted,

**MILBANK LLP**

/s/ *Sean M. Murphy*
Scott A. Edelman
Sean M. Murphy
Robert C. Hora
Lucille E. Baeurle
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: sedelman@milbank.com
       smurphy@milbank.com
       rhora@milbank.com
       lbaeurle@milbank.com

*Counsel for Defendant Lockton Companies, LLC*