USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/24/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA FELLOWS, et al., | |
| Plaintiffs, | 25-CV-10659 (GHW) (BCM) |
| -against- | **ORDER** |
| UNIVERSAL SERVICES OF AMERICA, LP, et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has reviewed the parties' arguments regarding section II.A of their proposed ESI Stipulation. (*See* Dkt. 67.) The Court is generally in agreement with defendants' proposed language, with the following modification:

> PowerPoint presentations, PDF files, Word documents (.doc, .docx, etc.), and emails shall be produced as single-page, black and white, Group IV, 300 DPI TIFF images or as single-page, color, JPEGs where color is necessary to understand *or interpret* ~~content of~~ the document. Where the original of a produced document is in color, ~~and color is material to the interpretation of the document, reasonable requests for production of specific documents in the form of color JPEG images will not be denied.~~ *the receiving party may obtain a copy of that document (or specified pages) in the form of single page, color, JPEGs on request, by representing in good faith that the receiving party believes that the color is necessary to understand or interpret the document.*

If the parties are satisfied with this language, they must promptly submit a revised Joint ESI Stipulation incorporating it.

Dated: New York, New York
      April 24, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**