UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA FELLOWS, EDMUND LYNN III, DONNA PATTON, WESLEY HALL, and NINA BUSTAMANTE-VICARO, individually and as representatives of a class of participants and beneficiaries on behalf of the ALLIED UNIVERSAL HEALTH AND WELFARE BENEFIT PLAN; and Karen Connolly, in her individual capacity,<br><br>     Plaintiffs,<br><br>       -against-<br><br>UNIVERSAL SERVICES OF AMERICA, LP, d/b/a ALLIED UNIVERSAL, ALLIED UNIVERSAL EMPLOYEE BENEFITS COMMITTEE, MERCER HEALTH AND BENEFITS ADMINISTRATION, LLC, LOCKTON COMPANIES, LLC, and JOHN DOES 1-20;<br><br>     Defendants. | Case No. 25-cv-10659<br><br>**DEFENDANTS UNIVERSAL SERVICES OF AMERICA, LP, d/b/a ALLIED UNIVERSAL and ALLIED UNIVERSAL EMPLOYEE BENEFITS COMMITTEE's NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that, based upon the Motion Declaration of Pamela S.C. Reynolds, dated April 30, 2026, with its attached exhibits, and the accompanying Memorandum of Law dated April 30, 2026, Defendants Universal Services of America, LP, d/b/a Allied Universal, and Allied Universal Employee Benefits Committee (the "Allied Universal Defendants"), by and through their attorneys, Littler Mendelson, P.C., will move this Court, before the Honorable Barbara C. Moses, United States Magistrate Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a date and time to be set by the Court, for an Order dismissing the Amended Complaint in the above-captioned matter in its entirety with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as this Court deems just and proper.

The Allied Universal Defendants intend to serve Reply Papers and, therefore, Plaintiffs are required to file and serve opposing papers within the time limits identified in Rule 6.1(b) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of New York unless a motion schedule is otherwise set by the Court.

The Allied Universal Defendants respectfully request that the Court schedule oral argument of this motion.

Dated:  April 30, 2026
      Rochester, New York

**LITTLER MENDELSON, P.C.**

By: */s/ Pamela S.C. Reynolds*
    Pamela S.C. Reynolds
    preynolds@littler.com
    LITTLER MENDELSON, P.C.
    80 Linden Oaks, Suite 210
    Rochester, NY 14625
    Telephone:  585.203.3400
    Facsimile:   585.203.3414

    *Attorney for Defendants*
    *UNIVERSAL SERVICES OF AMERICA, LP, d/b/a ALLIED UNIVERSAL, and ALLIED UNIVERSAL EMPLOYEE BENEFITS COMMITTEE*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a true and correct copy of the foregoing has been filed with the Clerk via the Court's CM/ECF system, and thereby served on all counsel of record through that system.

*/s/Pamela S.C. Reynolds*
Pamela S.C. Reynolds Attorney
*Attorney for Defendants*
*Universal Services of America, LP, d/b/a Allied Universal, and Allied Universal Employee Benefits Committee*

2