

Alison V. Douglass
+1 617 570 1000
ADouglass@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 617 570 1000

April 30, 2026

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *Fellows et al. v. Universal Services of America et al.*, **No. 1:25-cv-10659**

Dear Judge Moses:

Goodwin Procter LLP represents Defendant Mercer Health and Benefits Administration, LLC ("Mercer"). Pursuant to Rules 1(b) and 2(i) of Your Honor's Individual Practices, I write to respectfully request oral argument on Mercer's Motion to Dismiss Plaintiffs' Amended Complaint. The issues presented in the Motion are highly important to Mercer and involve various statutory and common-law principles that warrant discussion.

Respectfully submitted,

*/s/ Alison V. Douglass*
Alison V. Douglass
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
ADouglass@goodwinlaw.com

*Attorney for Defendant Mercer Health
and Benefits Administration, LLC*