**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

SABRINA FELLOWS, EDMUND LYNN III,
DONNA PATTON, WESLEY HALL, and NINA
BUSTAMANTE-VICARIO, individually and as
representatives of a class of participants and
beneficiaries on behalf of the ALLIED UNIVERSAL
HEALTH AND WELFARE BENEFIT PLAN,

    Plaintiffs,

v.

UNIVERSAL SERVICES OF AMERICA,
LP d/b/a ALLIED UNIVERSAL,
ALLIED UNIVERSAL EMPLOYEE BENEFITS
COMMITTEE, MERCER HEALTH AND
BENEFITS ADMINISTRATION, LLC, LOCKTON
COMPANIES, LLC, and JOHN DOES 1–20,

    Defendants.

</td>
<td>

No. 1:25-cv-10659-GHW-BCM

**ORAL ARGUMENT REQUESTED**

</td>
</tr>
</table>

**NOTICE OF DEFENDANT LOCKTON COMPANIES, LLC'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant Lockton Companies, LLC ("Lockton") will move this Court before the Honorable Barbara Moses, Magistrate Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at the date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Amended Complaint in the above-captioned action.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Lockton's Motion to Dismiss the Amended Complaint ("Motion"). Lockton also joins and relies upon the arguments set forth in the memoranda supporting the motions to dismiss filed concurrently by Defendants Mercer Health and Benefits Administration, LLC, Allied Universal

Employee Benefits Committee and Universal Services of America, LP d/b/a Allied Universal to

the extent those arguments are not inconsistent with the arguments set forth in Lockton's Motion

and also apply to the allegations against Lockton.

Dated:  April 30, 2026                                    Respectfully submitted,

                                                         **MILBANK LLP**

                                                         */s/ Sean M. Murphy*
                                                         Scott A. Edelman
                                                         Sean M. Murphy
                                                         Robert C. Hora
                                                         Lucille E. Baeurle
                                                         55 Hudson Yards
                                                         New York, NY 10001
                                                         Telephone:  (212) 530-5000
                                                         Facsimile:  (212) 530-5219
                                                         Email:  sedelman@milbank.com
                                                                 smurphy@milbank.com
                                                                 rhora@milbank.com
                                                                 lbaeurle@milbank.com

                                                         *Counsel for Defendant Lockton Companies, LLC*