Littler

**Littler Mendelson, P.C.**
815 Connecticut Avenue NW
Suite 400
Washington, District of Columbia 20006.4046

Simon Torres
Of Counsel
202.772.2545 direct
202.842.3400 main
202.315.3879 fax
storres@littler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/9/26

Application GRANTED. The status conference currently scheduled for October 15, 2026 (Dkt. 65) is ADJOURNED *sine die*. No later than **one week after the Court has ruled on defendants' motions to dismiss**, if the motions are not granted in full, the parties must submit a joint letter proposing a schedule for the remainder of discovery.

SO ORDERED.

October 9, 2026

**Barbara Moses**
**United States Magistrate Judge**

October 8, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: ***Fellows et al. v. Universal Services of America, LP et al.***
**Case No. 1:25-CV-10659-GHW-BCM**

Dear Judge Moses:

On April 1, 2026, the Court entered an Initial Case Management Order (Dkt. 65) that included a requirement that on or before October 8, 2026, the parties submit a joint status letter outlining the progress of discovery to date and settlement efforts in advance of a status conference to be held with the Court on October 15, 2026.

After that Initial Case Management Order was entered, Defendants filed motions to dismiss Plaintiffs' Amended Complaint as well as a letter motion seeking a stay of discovery pending a ruling on those motions. On July 20, 2026, the Court entered an Order granting the requested stay of discovery (Dkt. 106). Accordingly, discovery in this matter has been and remains stayed pending a ruling on these motions. After a ruling on the motions to dismiss, the parties will be prepared to promptly discuss with the Court a schedule for any remaining proceedings, including completion of discovery.

In light of the current stay of discovery and the pending motions to dismiss, the parties request to adjourn the status conference set for October 15, 2026. However, should the Court wish to proceed with the conference, the parties are prepared to do so.

MEMO ENDORSED

Respectfully submitted,

*/s/ Simon J. Torres*
Pamela S.C. Reynolds
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D Fairport, New York 14450
Telephone: 585.203.3400
Facsimile: 585.203.3414
preynolds@littler.com

Wesley E. Stockard*
Rachel P. Kaercher*
Kaylee M. Patterson*
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA 30326
Telephone: 404.443.3502
wstockard@littler.com
rkaercher@littler.com
kmarchitto@littler.com

Simon J. Torres*
Tara McAndrew*
LITTLER MENDELSON, P.C.
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
storres@littler.com
tmcandrew@littler.com

*Attorneys for Defendant Universal Services of America, LP d/b/a Allied Universal and Allied Universal Employee Benefits Committee*

*/s/ Patrick R. Kutz (with consent)*
Andrew D. Schlichter, Bar No. 4403267
Alexander L. Braitberg*
Patrick R. Kutz*
Kaitlin Minkler*
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
aschlichter@uselaws.com
abraitberg@uselaws.com
pkutz@uselaws.com
kminkler@uselaws.com

*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

*/s/ Alison V. Douglass (with consent)*
Alison V. Douglass*
James O. Fleckner*
Katherine G. McKenney*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
ADouglass@goodwinlaw.com
JFleckner@goodwinlaw.com
KMcKenney@goodwinlaw.com

Samuel J. Rubin
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
SRubin@goodwinlaw.com

*Attorneys for Defendant Mercer Health and Benefits Administration, LLC*

*/s/ Robert C. Hora (with consent)*
Scott A. Edelman
Sean M. Murphy
Robert C. Hora
Lucille E. Baeurle
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
sedelman@milbank.com
smurphy@milbank.com
rhora@milbank.com
lbaeurle@milbank.com

*Attorneys for Defendant Lockton Companies, LLC*